IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| United States of America | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 25-MJ-00122-JAM |
| DAVID L. SCOFIELD | ) | |
| Defendant. | ) | |

## ORDER TO UNSEAL PRE-INDICTMENT/INFORMATION (TARGET) ELECTRONIC CASE FILE

As a result of criminal charges having been filed against the above defendant, IT IS HEREBY ORDERED that the pre-indictment/information (target) electronic case file (ECF) be unsealed and processed in accordance with established procedure.

By: /s/ Willie J. Epps
Willie J. Epps
Chief United States Magistrate Judge

Dated: 11/3/2025

Kansas City, Missouri